# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KYLE C., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:17-CV-3167-JTR ) |
| COMMISSIONER OF SOCIAL SECURITY, *Defendant* | ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2018

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on a motion for summary judgment.

Date: 11/6/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez